UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-424(DSD/JMM)

Nancy Lucia Canning, et al.

Plaintiffs,

v.

Grannis and Haugue, et al.,

Defendants.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: March 13, 2001

David S. Doty, Judge
U.S. District Court

(4)

FILED 3-13-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Date: March 14, 2001 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:01-cv-00424 Canning v. Grannis and Haugue

DOCKET ENTRY

Disqualification and ORDER for reassignment (Judge David S. Doty) Case reassigned to Judge Richard H. Kyle per the civil rights list 1pg(s) (cc: all counsel)

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL