UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

NANCY LUCIA CANNING and JOSHUA G.W. CANNING,

Plaintiffs,

v.

GRANNIS AND HAGUE, MICHAEL MAYER, ESQ., ZBIGNIEW WIECKOWSKI, LINDEN CENTER/LIFESPAN BEHAVIOR HEALTH SERVICES, BETH HARRINGTON, BETH NELSON, GREG HANSON, STEVE AULFMUTH, and STATE OF MINNESOTA,

Defendants.

Civil No. 01-424 (RHK/JMM)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated April 16, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Notice of Motion and Motion [etc.]," (Docket No. 1), and "Affidavit In Support Of Motion [etc.]," (Docket No. 3), are stricken;

2. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), is denied at this time; and

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Plaintiff will be permitted to file an Amended Complaint consistent with the instructions prescribed in the Magistrate Judge's Report and Recommendation in this matter, but if she does not file an Amended Complaint as required within twenty (20) days after the date of this Order, the action will be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: 5/7/01

RICHARD H. KYLE
United States District Court Judge