**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NANCY LUCIA CANNING
JOSHUA G W. CANNING,

Plaintiff,

CV 01-424 RHK/JMM

vs.

**ORDER OF DISMISSAL**

GRANNIS AND HAUGUE
MAYER MICHAEL, ESQ
ZBIGNIEW WIECKOWSKI
LINDEN CENTER/LIFESPAN
BEHAVIOR HEALTH SERVICES,
BETH HARRINGTON, INCLUDING
BETH NELSON
GREG HANSON
STEVE AULFMUTH
STATE OF MINNESOTA,

Defendants.

---

Based on this Court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case be dismissed.

Dated: July 2, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED JUL 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK